

# COMPREHENSIVE PSYCHOLOGICAL EVALUATION

| | | | |
|---|---|---|---|
| Name: | Shawn Riedesel | Evaluation Date: | 6/21/2024 |
| Date of Birth: | 10/2/1993 | Examiner: | Robin Kohli, Psy.D., HSPP |
| Age: | 30 | Case No(s).: | 4:22-mj-00030-TWP-VTW |
| Education: | Bachelor's Degree | Court: | US District Court, Southern District of Indiana |
| Location: | Floyd County Jail | Attorney: | Eric Massey |

### Purpose of Evaluation

Mr. Shawn Riedesel is a 30-year-old man, currently charged in Federal court with Coercion and Enticement, Distribution/Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, and Sexual Exploitation of a Child. Mr. Riedesel's attorney, Mr. Eric Massey, requested that Mr. Riedesel complete a psychological evaluation to assess his mental health and to determine appropriate treatment recommendations to reduce Mr. Riedesel's risk of future recidivism

### Assessment Procedures
Clinical Interview with Mr. Shawn Riedesel
Phone Interview of Mr. John Riedesel (father)
Review of Records provided by Mr. Eric Massey:
- Indiana State Police Incident Report, report date 6/25/2022
- State of Indiana vs. Shawn C. Riedesel, Information, filed 7/7/2022
- State of Indiana vs. Shawn C. Riedesel, Affidavit for Probable Cause for Arrest Warrant, filed 7/7/2022
- United States District Court for the Southern District of Indiana, Criminal Complaint, filed 8/30/2022
- United States District Court for the Southern District of Indiana, Order, filed 5/21/2024

### Assessment Measures Administered
- Millon Clinical Multiaxial Inventory, 4th Edition (MCMI-IV)
- Violence Risk Appraisal Guide Revised (VRAG-R)
- STATIC-2002R

### Behavioral Observations/Mental Status

*Mr. Riedesel fully agreed to participate in the current evaluation at the advice of his attorney and he was aware that the results of the evaluation would be presented to the court to be used as part of his legal proceedings.*

Mr. Shawn Riedesel presented for the psychological evaluation as emaciated man with thinning hair and a red beard, who appeared slightly older than his age of 30 years. He explained that he was much larger when he was first arrested but that he has lost 60 pounds in the jail, due to the lack of calories the jail provides. Mr. Riedesel's vocabulary and communication style revealed an above-average level of intelligence, and he was self-reflective and non-defensive in revealing his history, to the degree that he

EXHIBIT A

readily reported and clarified information, even when it placed him in a more negative light. Emotionally, Mr. Riedesel presented with a wide range of affect, and he cried at times when discussing his history. Mr. Riedesel acknowledged being currently depressed, but he denied experiencing suicidal ideation. When asked if he had ever considered suicide, he reported having a suicide attempt as a teenager and although he has also considered it since he was arrested, he has since decided he doesn't want to kill himself. Mr. Riedesel reported that he sleeps approximately six hours a night, although he usually sleeps more when he is depressed. When asked about manic symptoms, he reported that he does get "overly excited at times" and has had to "learn to dampen it down" because he experiences brief episodes of "extreme excitement, joy" which he tries to manage by biting his finger. While he was never diagnosed with Autism Spectrum Disorder and presented with good eye contact and reciprocal communication skills, Mr. Riedesel acknowledged that he was prone to overstimulation when he was younger and would get in trouble for hugging his brother too much as a child. He acknowledged that "others think I have OCD" because he enjoys making spreadsheets and likes analyzing data. Mr. Riedesel denied any history of auditory or visual hallucinations, with the exception of "talking to God." Although there were no indications of psychosis in his presentation and his thoughts and speech appeared organized and sequential, Mr. Riedesel presented as surprisingly naïve and immature in his reasoning, to a degree that seemed incongruent with his intelligence. This was most apparent as Mr. Riedesel frequently referenced his engagement to his "girlfriend," the 17-year-old victim in his legal case and as he discussed his love of fantasy novels, "playing a character" and having an "alter ego" online, which seemed immature for his level of development.

**Family & Life History**

Mr. Riedesel was the oldest of three children born to his mother, Mrs. Lisa Riedesel (deceased) and his father, Mr. John Riedesel. Mr. Riedesel lives in Burnsville, Minnesota and is a retired risk analyst. Mrs. Riedesel was a CPA and worked for Delta Airlines before she passed of Ewing Sarcoma in 2022. Mr. Riedesel has two siblings, Sara Riedesel (28), and Garrett Riedesel (24). Sara is an aircraft systems engineer and Garrett is an aeronautical engineer. As stated, Mr. Riedesel described himself as engaged to the 17-year-old victim in his case, who henceforth will be referred to as "Z". When asked how they became engaged, Mr. Riedesel reported that "Z" asked him to marry her and that he said "yes," so they gave each other rings. While he has not spoken to her for two years, he explained that as far as he knows, they are still intending to marry.

Mr. Riedesel described a "decent, good childhood" with married parents, a house, and a "family who loved me." He reported that his family was middle class and they "never had too much or too little." Overall, Mr. Riedesel regarded himself as having a "privileged childhood" with parents, who didn't use drugs, drank infrequently, and never fought in his presence. When asked about discipline, Mr. Riedesel reported that he had spankings by both parents when he was young, but he doesn't have any memories of it. He recalled receiving time-outs and being grounded from seeing his friends. Mr. Riedesel denied any experiences of sexual abuse. Mr. Riedesel reported that he rarely got in trouble growing up except for when he was accused of making a bomb in middle school.

When asked about trauma, Mr. Riedesel reported that his mother dying in December 2021 was the most traumatic incident he had experienced prior to his arrest.

**Phone Interview with Mr. John Riedesel (Father)**

Mr. John Riedesel reported that his son, Shawn, was born by vaginal delivery after a normal pregnancy. Shawn was slightly jaundiced but had no other health concerns. He met his developmental milestones on time. Mr. Riedesel denied that Shawn exhibited any particularly atypical behaviors but recalled that he always struggled with getting things done at school, particularly as compared to the other two children in the family. Given his chronic avoidance of schoolwork and nonpreferred tasks, he and his wife had to spend a lot of time managing Shawn to ensure he completed his school work. Mr. Riedesel reported that since Shawn's arrest he has considered that it was possible that Shawn had Autism, but he did not recall seeing any behavioral signs that would have led them to have him tested. Mr. Riedesel did not recall Shawn as having heightened sensitivities or any obsessive interests on which he would perseverate, although he recalled that he would have "phases of interests." Interpersonally, he reported that Shawn has always been "quiet and thoughtful," and he gave an example he has used when comparing his children to others that if Shawn as a child saw a deflated balloon on the table, he would immediately analyze it from a scientific perspective to consider the balloon's potential volume and other factors prior to determining if it was worth blowing up. Mr. Riedesel did not consider Shawn to be overly fixated on schedules or routines and instead, described him as "easy going."

Mr. Riedesel was asked to speak more about the "middle school bomb incident" and he explained that when Shawn and his best friend were in middle school (12-14 years old), they had seen some information either on the internet or YouTube and were trying to do some science experiments on school property and a parent called the police about suspicious activity at the school. While they were possibly trying to make something explode, it was ultimately determined that it was "two young boys doing dumb stuff on school property." There were no actual explosions and Mr. Riedesel did not recall that the boys had even acquired materials that they could explode. Ultimately, there a police report was made but no arrests or charges were filed. Mr. Riedesel confirmed that this incident did later interfere with Shawn going into the Navy because his sealed juvenile record was "unlawfully obtained by the recruiting officer."

Mr. Riedesel also confirmed his son's disclosure that he was involved in touching another youth in middle school and that it was actually his sister, who was two years younger. After they learned about it, they sought the advice of their pastor and got counseling for their daughter, however, they did not get Shawn in counseling, which looking back, has caused resentment from their daughter, who also wrote a victim impact statement to be considered during Shawn's current legal proceedings.

Mr. Riedesel became tearful recalling how his wife's passing was "devastating for all of us" and "a totally unexpected event." Mrs. Riedesel was diagnosed with cancer in June and passed away six months later in December of 2021. Following her passing, Mr. Riedesel encouraged all of their kids to get therapy after he entered a grief support group. He explained that while he believes the death of his wife was significant for all of them, including Shawn, he has since learned that Shawn's "fixation on younger girls" preceded her illness and death so he did not believe that her death was related to Shawn's behavior.

Mr. Riedesel noted that he believes his son has a lot to offer others and stated, "I think his real purpose is to teach, which is my hope and my prayer. He has the ability to help others and teach." While Mr. Riedesel acknowledged that with his charges, his son will likely never be employed as a teacher to children or teens, he reported that his son has started a bible study in the jail and gotten several other inmates to send letters requesting free copies of <u>The Purpose Driven Life</u>, so that they could discuss it and work on it together. He also reported that his son has been distraught by the treatment of others in the jail who

haven't had any money to buy their basic needs upon entry to the jail. He reported that Shawn requested that his father put $20 into the "indigent account" earmarked for a certain inmate who had not been able to acquire any underwear, socks, or even a t-shirt to wear since being incarcerated for a year. He reported that he would not be surprised if Shawn continued to find opportunities to teach in the jail and help others moving forward.

**Medical History**

Mr. Riedesel broke his arm in elementary school and had his wisdom teeth removed. He recalled that his "knee gave out in college" because he weighed 200 pounds and "loved running." He was diagnosed with sciatica from a pinched nerve and now stretches daily to relieve the pain. Mr. Riedesel acknowledged that his lifestyle prior to his incarceration was too sedentary, and he loves "cooking and eating," which led him to become 200 pounds prior to his arrest.

**Mental Health History**

Mr. Riedesel reported that he started getting depressed in the 7th grade but that he still had friends and was involved in several music groups, including swing dance group, band, and marching band. He noted that he had a "suicidal girlfriend who was into cutting" in the 7th or 8th grade and "I helped her through it." Mr. Riedesel carried out a serious suicide attempt in the 10th or 11th grade when he planned his death, wrote a suicide note, and "took a bunch of pills," which he threw up during the middle of the night. He recalled that he "woke up in the morning and went to school. I still had the [suicide] notes on me." Looking back, he now believes, "God healed me of it at church after that." Mr. Riedesel acknowledged that he has been depressed since that time but has never seriously thought about killing himself again. Mr. Riedesel recalled that his parents suggested he go into therapy when he first became depressed in middle school but "I didn't want to go. I didn't believe I had a mental problem." To this day, he reported that he "can tell when I'm going into a depressive mood," and that his episodes generally last "a day or a week." Interestingly, Mr. Riedesel ascribed his depression to occurring because he has gotten "behind on tasks," such as when he was in his master's program at University of Louisville and his mother became sick and "I could feel the spiral happen, I was too far behind, too much work to get caught up, an ever-increasing spiral of academic doom." In this, Mr. Riedesel blamed himself for his depression by explaining it was "a serious character flaw, a lack of self-[motivation] doing things I didn't want to do [which] contributed to my depression" and that his depressive episodes were a "coping mechanism of numbing which is detrimental." Mr. Riedesel has since realized that he was "self-medicating with porn" because it would give him an "easy, good feeling when I couldn't get good feelings."

Mr. Riedesel recalled that he once attended therapy on campus for approximately a semester, after his mother was diagnosed with cancer in 2020, and he recalled this as being his longest depressive episode. However, he denied participating in mental health services since that time or ever being prescribed an antidepressant.

**Educational History**

Mr. Riedesel attended Gideon Pond Elementary School, Nicollet Middle School, and Burnsville High School in Burnsville, Minnesota. After graduating from high school, he attended Montana State University Boseman but "failed out badly by the 2nd year" so he moved back home with his parents and worked at

Home Depot full-time while trying to join the Navy. He explained that he obtained a 96 on the ASVAB test, which made him eligible to join the Navy as a nuclear technician. However, as this position required a high security clearance, additional background checks were made and they discovered he had a suicide attempt in high school and that he was accused of attempting to make a bomb in middle school. Although he had already been sworn in, the Navy informed him he needed a medical exemption, for which he submitted a doctor's note, but then never heard back that he could continue in the process, so it was "in limbo for years." Mr. Riedesel finally gave up and "went back to college. He initially wanted to attend the University of Wisconsin, Green Bay but was told that because he failed out his freshman year, he had to obtain 30 credit hours somewhere else with a GPA above 3.0. Mr. Riedesel followed this plan and attended community college where he maintained a 4.0. He then enrolled at UWGB and obtained his Bachelor of Science in Chemistry while working as a Chemistry tutor. Although he had not initially wanted to teach, he eventually decided to obtain his Master's degree in teaching so he could teach high school Chemistry and he was invited to enter the Teach Kentucky program to obtain his Master's while working at Wagner High School in Louisville "near my girlfriend." He was enrolled in this Master's program at the time of his arrest. Given that he would never be permitted to teach as a sex offender, Mr. Riedesel was asked if he had any idea of what he would like to do for a career once released from incarceration, and he explained that he would be interested in using his degree in Chemistry to go into waste water treatment.

**Substance Abuse History**

Mr. Riedesel described himself as having a "good relationship with alcohol" in which he would only occasionally drink with friends. He denied ever using marijuana or any other substances. Mr. Riedesel's father agreed that he had never known his son to have a problem with alcohol.

**Sexual History**

Mr. Riedesel reported having "no memories" of sexual abuse as a child, but also recalled that he once "touched another middle schooler" and got in trouble for it. He recalled that his parents suggested he go to therapy, but he did not go. When asked about the messages his parents conveyed about sex, he explained that his parents taught him about "abstinence until marriage only." However, he soon realized that his parents were "hyper religious" as compared to the parents of his girlfriend and other people, which made him question this as a reasonable perspective.

While Mr. Riedesel denied having an "addictive personality" when asked about alcohol and substances, he fully acknowledged having "an addiction to porn." Despite this addiction, he explained that he "didn't have sex much" and "only had sex with two girls in high school," although each of these relationships lasted 1-2 years. When asked why he hadn't been looking to date a same-aged peer in college and why he was looking for younger girls to date, he explained, "I always felt like I didn't get along with people my age. [I felt] shame of my life falling apart so frequently. [I was] still 28, with no career, living in on-campus apartments. Life wasn't what it should be. My life was a wreck. I felt more at home with college-aged kids in a point of transition. I more identified with them. [It's not that I] didn't feel like I couldn't find someone my own age, but I felt like younger girls were less jaded and judgmental. They were more naïve, and I could start a relationship with them, the path of least resistance."

Mr. Riedesel reported that he started dating the victim in this case, "Z" when she was 15 years old, approximately 6 months before her 16th birthday. He was fully aware that dating her was illegal at the

Shawn Riedesel Psychological Evaluation
Page 6 of 11

time due to her age, but he reasoned that the relationship was consensual, and he minimized how significant the legal consequences could be, as he expected that if he were caught, he would "maybe pay a fine." Mr. Riedesel is currently charged with taking pictures and having sex with "Z." In discussing the situation, Mr. Riedesel admitted to talking to other underage girls online but not having physical relationships with any underage girls prior to his relationship with "Z". It should also be noted that despite their significant age difference, Mr. Riedesel fully believed that he was dating this 15-year-old and that they were and are, to this day, officially engaged. In retrospect, Mr. Riedesel acknowledged that they were "not really hiding our relationship," as their respective friends were aware they were dating, "just not the ages." He acknowledged that it "didn't feel wrong to us" and that they "just had to keep it quiet for a few more months and we'd be ok. I had told my friends she was 19." Looking back, he explained that if he had known how serious the consequences were, he would have put off having the relationship with Z for "four months," as "Z" would have, at that time, been old enough for their relationship to be legal.

Mr. Riedesel explained that pornography has been a "destructive, addictive cycle" for him. He first started looking at "vanilla" porn at the age of 13 years on his i-Pod Touch and was caught by his parents once. However, he soon discovered videos at his friend's house and "over the course of 15 years, it got more degrading and inhumane until the child stuff." He explained that he found this exciting but "watching young children being aggressively molested turned my stomach [because it was] obviously not consensual." While he knew that "children couldn't consent, [in other pornography] they are groomed to appear to be ok with it." When asked if Mr. Riedesel had ever tried to stop watching pornography, he explained that he had not because he "had no moral dilemma with it at the time" but since his incarceration, he "has learned a lot in here about it."

Mr. Riedesel reported that he began dating in middle school and high school but did not date anyone in college except "Z". He described himself as "bi-leaning, 98% straight." Mr. Riedesel acknowledged that he was on a number of social media sites, including Tumblr and Twitter, and that he posed as a 16-year-old online. He reported initiating contact with two other teen girls prior to starting his relationship with "Z," and that he met one other 16-year-old "A" in a public place twice, but they just walked around the mall together and went to a coffee shop and an arcade. Their relationship never became sexual in real life and they remained friends.

In contrast to the other girls, Mr. Riedesel reported that he "started falling in love with 'Z' and out of love with 'A' who only wanted to be an emotional friend. Then my mom died, and I couldn't feel anything for six months. I broke up with 'A' and we both cried a lot, and [she] became emotional friends, then she got a boyfriend her age and I was happy for her. I was glad things worked out well for her." Mr. Riedesel noted that "A" and "Z" were "friends online" and "they knew each other." In fact, Mr. Riedesel described how he once brought "Z" on campus, and they called "A" together from the pool room on FaceTime to let her know they were together. In his relationship with "Z," Mr. Riedesel explained that he was "aware of power dynamics and didn't want her to experience that again since she was raped at 10 years old. I was adamant that she tell me immediately if she felt uncomfortable and I would gladly back away." He noted that he "backed off immediately if she told me to stop" and "I was aware of the potential for abuse." Looking back on this relationship with "Z", Mr. Riedesel explained that he "wrestles with the morality of it" as he has difficulty understanding "what's the mental difference of a couple months?" Mr. Riedesel also acknowledged that "Z" knew he was into child pornography and "I roped her into watching it with me." Now, looking back, he stated, "I hate that I exposed her to it. I hate that I showed her that." Mr. Riedesel reported that his relationship with "Z" included BDSM but "she

was more into that than I was." He explained that "I wanted to have consent, clear rules, I didn't want to hurt her [or] do extreme stuff." While he acknowledged that he would look at extreme pornography, he was "not so much [into it] in person." However, he acknowledged, "she was into it, she likes pain [so we] used a safe word."

Mr. Riedesel acknowledged that since his arrest, he has become more religious and has been spending a lot of time learning about how damaging pornography can be. He has also been listening to podcasts about how to shift his fantasies because "I didn't want to keep reinforcing fantasies of 'Z'." He reported that between following podcasts and reading AA books, he has learned that he was "viewing women as objects not as people" and that the market for child pornography "is perpetuated by users."

**Legal History**

Mr. Riedesel denied any previous history of arrests, although he was once questioned for making a bomb in middle school.

**Review of Records**

- State of Indiana vs. Shawn C. Riedesel, Affidavit for Probable Cause for Arrest Warrant, filed 7/7/2022, described the police investigation which was initiated after a call on 6/25/2022, made by the mother of the alleged victim, a 15-year-old girl. At that time, the victim's mother believed her daughter was having an inappropriate relationship with a 19-year-old and that he was sending her naked pictures. She reported that her daughter had gotten in trouble on a library computer, and she used the email address her daughter had been mailing to pretend to be her daughter and communicate with "Shawn" and she received naked pictures of her daughter. Responses allegedly from Mr. Riedesel were included in the report illustrating that the two had been having sex and that Mr. Riedesel was fully aware of the victim's age.
- United States District Court for the Southern District of Indiana, Criminal Complaint, filed 8/30/2022, included additional details including information from other witnesses who knew of the relationship between the victim and Mr. Riedesel and information from the victim which identified Mr. Riedesel's "huge collection of C.P." that "he forced me to watch it." Items retrieved from the search warrants were also listed and described. Explicit details regarding Mr. Riedesel's communication with a 13-year-old included a direct discussion about grooming and sexually explicit pictures of the victim.
- Indiana State Police Incident Report, report date 6/25/2022, reviewed the information provided in the Probable Cause Affidavit but also noted that the 15-year-old victim was brought in for a forensic interview with DCS, at which time, she stated that "she was in love with Shawn and if she knew that she was not in trouble, she would have tipped him off. I told her that if she did this she might have been in trouble, in which she responded that she was willing to serve time in jail to be with him. It was also explained to the victim that Shawn is probably doing this to other girls in which she said that she did not care." Following this conversation, "she declined to be forensically interviewed any further."

**Results Of Evaluation**

### Millon Clinical Multiaxial Inventory, 4th Edition (MCMI-IV)

The **MCMI-IV** is an objective measure used to identify clinical difficulties, as well as personality patterns which underlie emotional, cognitive, and interpersonal functioning. Mr. Riedesel's profile was considered valid and no atypical response styles were detected.

The results of the MCMI-IV indicate that Mr. Riedesel experiences at least a moderate level of personality dysfunction, with deficits in internal cohesion which lead to ambivalence in relationships with others. He has a distorted sense of others and their circumstances, and his interpretation of reality is compromised. Conflicts in social and personal relationships are likely apparent and he tends to create self-defeating circles in dysfunctional interpersonal exchanges. Mr. Riedesel experiences intense conflicts between his desire to withdraw from personal relationships, his fear of independence, and sense of unworthiness. He would like to depend on friends and family but has learned to anticipate disappointment in these relationships. His deflated sense of self-worth and expectations of failure and social humiliation limit any efforts he might make to become autonomous. Others are likely to see him as anxious, petulant, erratic, passive-aggressive, and critical of others and their lack of support. To avoid abandonment by others, he will generally withdraw or become more anxiously depressed. Humiliation by others further serves to reinforce his self-protective and depressive withdrawal. He fears acting on his own because of his poor self-esteem but cannot depend on others due to fearful mistrust. Anticipating rejection from others, he tends to behave petulantly and irritably, thereby bringing about the very rejection he had hoped to avoid. Extended periods of exhaustion and chronic depression are typical for Mr. Riedesel, who sees ordinary tasks and life to be overly stressful. Subsequently, his efforts to complete tasks may give way to emotional outbursts under the slightest of family or social pressures. Mr. Riedesel tends to be pessimistic and gloomy when interpreting events and he tends to brood over minor incidents from the past.

### Violence Risk Assessment Guide-Revised (VRAG-R)

The **VRAG-R** is an actuarial risk assessment that assigns different weights to variables associated with violence recidivism. **Mr. Riedesel had a VRAG-R score of -13, which placed him in Risk Bin 3 (out of nine). Offenders in this risk bin demonstrate the same recidivism rate as violent offenders in the low-risk end of the distribution. This score is associated with a 15.5% rate of violent recidivism in 5 years.**

### STATIC-2002R

| Risk Assessment Item | Raw Score | Subscore |
| --- | --- | --- |
| Age at Release (30) | -- | 2 |
| Persistence of Sex Offending | -- | 0 |
| • Prior Sentencing for Sex Offenses | 0 | -- |
| • Any Juvenile Arrest for a Sex Offense | 0 | -- |
| • Rate of Sex Offending | 0 | -- |
| Deviant Sexual Interests | -- | 0 |
| • Any Sentencing for Non-contact sex offense | 0 | -- |
| • Any male victims | 0 | -- |
| • Young unrelated victims | 0 | -- |
| Relationship to Victim | -- | 0 |
| • Any unrelated victim | 1 | -- |

| | | |
|---|---|---|
| • Any stranger victim | 0 | -- |
| General Criminality | -- | 1 |
| • Prior involvement with the Criminal Justice System | 0 | -- |
| • Prior sentencing occasions for anything | 0 | -- |
| • Any community supervision violation | 0 | -- |
| • Years free prior to index sex offense | 0 | -- |
| • Any prior non-sexual violence sentencing | 0 | -- |
| **TOTAL SCORE** | **3= LOW-MODERATE RISK** | |

The **Static-2002R** is a highly rated actuarial risk assessment used to evaluate the risk of sexual and violent recidivism among adult male sex offenders. To use the Static-2002R, the individual must have been convicted of a sex offense and have committed their most recent sex offense after their 18th birthday. **On the Static-2002R, Mr. Riedesel received a score of 3, which fell in the Low-Moderate Risk category for sexual reoffence. This placed Mr. Riedesel's probability of sexual re-offense at 2.8-12.3% for the next 5 years.**

### Diagnostic Impressions and Recommendations

Mr. Shawn Riedesel is a 30-year-old man, currently charged in Federal court with Coercion and Enticement, Distribution/Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, and Sexual Exploitation of a Child. Mr. Riedesel's attorney, Mr. Eric Massey, requested that Mr. Riedesel complete a psychological evaluation to assess his mental health and to determine appropriate treatment recommendations to reduce Mr. Riedesel's risk of future recidivism

Mr. Riedesel was the oldest of three children born to his mother, Mrs. Lisa Riedesel (deceased) and his father, Mr. John Riedesel. Mr. Riedesel lives in Burnsville, Minnesota and is a retired risk analyst. Mrs. Riedesel was a CPA and worked for Delta Airlines before she passed of Ewing Sarcoma in 2022. Mr. Riedesel has two siblings, Sara Riedesel (28), and Garrett Riedesel (24). Sara is an aircraft systems engineer and Garrett is an aeronautical engineer. As stated, Mr. Riedesel described himself as engaged to the 17-year-old victim in his case, "Z". When asked how they became engaged, Mr. Riedesel reported that "Z" asked him to marry her and that he said "yes," so they gave each other rings. While he has not spoken to "Z" for two years, he explained that as far as he knows, they are still intending to marry. Information from the police reports indicated that the victim also reported being in love with Mr. Riedesel and that she refused to provide a forensic interview because she didn't want to get him in trouble.

Mr. Riedesel recalled a "decent, good childhood" with married parents, a house, and a "family who loved me." He reported that his family was middle class and they "never had too much or too little." Overall, Mr. Riedesel regarded himself as having a "privileged childhood" with parents who didn't use drugs, drank infrequently, and never fought in his presence. Mr. Riedesel denied experiencing physical or sexual abuse. Mr. Riedesel reported that he rarely got in trouble growing up except for being accused of making a bomb in middle school. When asked about trauma, Mr. Riedesel reported that his mother dying was the most traumatic incident he experienced prior to his arrest.

Mr. Riedesel described a gradual immersion into the world of pornography starting as a young teen, which gradually evolved to more extreme types of pornography, including child pornography. In discussing this in more detail, Mr. Riedesel acknowledged that using pornography helped him to modulate his recurrent depressive episodes and that he tended to use it as a coping strategy. Although he has had only a few

sexual partners prior to "Z", he reported being in several long-term relationships. Interestingly, while most individuals accused of talking to underage girls are typically only looking for sex, it would seem that Mr. Riedesel was looking for a long-term intimate partner in a girl who, like him, was developmentally immature, open minded, and less likely to reject him. Mr. Riedesel eventually became involved with his 15-year-old victim, "Z", whom he reasoned was capable of giving him consent, because he didn't see those four months prior to her 16th birthday as developmentally significant. Although this relationship was deeply entrenched in child pornography culture and BDSM concepts, Mr. Riedesel explained that "Z" enjoyed BDSM more than he did and, as such, he saw them as mutually contributing to their deviant sexual relationship. Even now, although he has not communicated with "Z" since 2022, Mr. Riedesel still believes that he is engaged to "Z", and he still considers her to be his girlfriend.

Throughout the interview, Mr. Riedesel presented as a seemingly intelligent man with atypical developmental immaturity and deficits of reasoning, which could suggest undiagnosed Autism Spectrum Disorder. Mr. Riedesel has long blamed himself for bringing on his recurrent depressive episodes which he believes occur after failing to keep up with tasks. Mr. Riedesel perceived himself to fully responsible for his failures of maturity [failing out of school, delayed adulthood], although much of what was described by Mr. Riedesel and his father suggested concerns with pathological task avoidance, which is associated with Autism Spectrum Disorder. With his deep need for acceptance and external validation, Mr. Riedesel eventually turned his interests towards finding a long-term dating partner with younger girls online by reasoning that he felt more comfortable with younger people "in transition" and because younger girls were "less jaded" and more open minded. In doing so, Mr. Riedesel significantly minimized the harm he caused to these girls by immersing them in his world of child pornography and sexually deviant behavior.

Several tests were administered to assess Mr. Riedesel's mental health symptoms and risk to others. The results of the MCMI-IV indicate that Mr. Riedesel has a distorted sense of others and their circumstances, and his interpretation of reality is compromised. Mr. Riedesel experiences intense conflicts between his desire to withdraw from personal relationships, his fear of independence, and sense of unworthiness. He would like to depend on friends and family but has learned to anticipate disappointment in these relationships. His deflated sense of self-worth and expectations of failure and social humiliation limit any efforts he might make to become autonomous. Anticipating rejection from others, he tends to behave petulantly and irritably, thereby bringing about the very rejection he had hoped to avoid. Extended periods of exhaustion and chronic depression are typical for Mr. Riedesel, who sees ordinary tasks and life to be overly stressful. Subsequently, his efforts to complete tasks may give way to emotional outbursts under the slightest of family or social pressures. Mr. Riedesel tends to be pessimistic and gloomy when interpreting events and he tends to brood over minor incidents from the past. In contrast to his report of only mild alcohol consumption, results of the SASSI-4 indicated a high likelihood of alcohol dependency. Two measures of sexual reoffense/violence risk were also administered. Results of the VRAG-R placed Mr. Riedesel at Low Risk range for violent recidivism (15.5% in five years) and the STATIC-2002R placed him at Low-Moderate risk for sexual re-offense (2.8%-12.3% in five years).

While the results of this evaluation indicate that Mr. Riedesel has several significant treatment needs, Mr. Riedesel also presents as having a number of strengths not always found with sex offenders referred for evaluation. During the interview, Mr. Riedesel presented as intelligent, honest, self-reflective, insightful, and highly motivated to change, to the degree that he has immersed himself in podcasts and written materials to learn and develop insight into how he can change his thoughts and feelings and shift his thinking away from deviant sexual interests. With these strengths, it is suspected that Mr. Riedesel would be an active participant in his own treatment and that he would highly benefit from

therapy.  While there was not enough information to confirm that Mr. Riedesel has an underlying Autism Spectrum Disorder, those working with him should give this diagnosis consideration as they help him process his significant deficits in social reasoning and logic which made him believe he had sufficient consent, was not acting in a harmful manner toward teen girls, and that his interest in child sexual abuse and the child pornography industry was not harmful.

### DSM-5 Diagnoses

| | |
|---|---|
| F65.4 | Pedophilic Disorder |
| F33.0 | Major Depressive Disorder, Mild, Recurrent |
| | Dependent Personality Traits |

Rule Outs:    Autism Spectrum Disorder, Alcohol Use Disorder, and Posttraumatic Stress Disorder

### Treatment Recommendations

- Mr. Riedesel should participate in individual therapy with a therapist or psychologist who is specialized in sex offender treatment and pornography addiction.   Cognitive-Behavioral Therapy interventions are recommended  for Mr. Riedesel and treatment goals should focus on working through a sequential and organized sex offender treatment program and developing relapse prevention skills to help him avoid relapsing. Individual therapy should also help him process how his chronic exposure and addiction to child pornography and the online deviant sex community eroded his empathy towards children, shifted his moral compass and beliefs, harmed his victims, and pulled him away from normal, everyday experiences which would have helped him achieve his life goals and develop age-appropriate relationships.  Sex offender group therapy is also recommended.

- Mr. Riedesel should be referred to a psychiatrist to determine if he would benefit from medication to help him improve his mood, reduce his anxiety, and to help him manage his impulsive desires to view pornography. Medication may also be deemed helpful to reduce his sexual drive and manage his child pornography addiction.

*R Kohli PsyD, HSPP*
Robin Kohli, Psy.D, HSPP
Licensed Clinical Psychologist
IN Licensure #20041804A